eAO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)          ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

**LODGED**
CLERK, U.S. DISTRICT COURT

3/23/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ KM _____ DEPTUTY

for the

Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT

March 23, 2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ ch _____ DEPUTY

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br>v.<br><br>JESSE ROLANDO PRIETO,<br> aka "GRUMMPY,"<br><br>Defendant. | Case No.  2:26-mj-01651-DUTY |

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 21, 2024 in the county of Los Angeles in the Central District of California,

the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute controlled substances |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
*/s/*
*Complainant's signature*

Pedro Rodriguez, DEA TFO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:        **March 23, 2026**

*Judge's signature*

City and state:   Los Angeles, California        Hon. Brianna F. Mircheff, U.S. Magistrate Judge
*Printed name and title*

AUSA: Lauren Border, x8231

**AFFIDAVIT**

I, Pedro S. Rodriguez, being duly sworn, declare and state as follows:

### I.  PURPOSE OF AFFIDAVIT

1.   This affidavit is made in support of a criminal complaint against and arrest warrant for Jesse Rolando PRIETO ("PRIETO"), aka "GRUMMPY," for a violation of 21 U.S.C. § 841(a)(1): possession with intent to distribute controlled substances.

2.   The facts set forth in this affidavit are based upon my personal observations, my training and experience, evidence in this matter, and information obtained from various law enforcement personnel and reports.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. BACKGROUND OF AFFIANT

3.   I am a Task Force Officer ("TFO") with the United States Drug Enforcement Administration ("DEA"), Los Angeles Field Division ("LAFD"), High Intensity Drug Trafficking Area ("HIDTA"), Group 52.  My parent agency is the Los Angeles Police Department ("LAPD"), where I am assigned as a detective in the Gang and Narcotics Division ("GND").  I have been employed by the LAPD since June 1996, having worked narcotics investigations

for over 16 years of my career.  I have been assigned to DEA LAFD HIDTA Group 52 since June 2021.  HIDTA Groups are responsible for investigating illegal narcotics trafficking related offenses, and Drug Trafficking Organizations ("DTO").  Through my training, I have learned of DEA's criminal investigative authority, as well as the investigative techniques.  DEA is responsible for enforcing federal criminal statutes prohibiting, among other things, the distribution of and possession with intent to distribute drugs, in violation of Title 21 of the United States Code.  During my assignment with DEA, I have investigated the smuggling of drugs into and out of the United States.  I have assisted with the execution of search warrants to seize evidence of violations of federal and state law, as well as arrest warrants to apprehend individuals who have committed such violations.

### III.  <u>SUMMARY OF PROBABLE CAUSE</u>

4.    During November 2024, LAPD Pacific Division Narcotics Enforcement Detail ("NED") initiated an investigation into Jesse Rolando PRIETO, who had been arrested three months prior for a violation of California Health and Safety Code Section 11370.1(a): Possession of a Controlled Substance While Armed.

5.    On November 20, 2024, LAPD Pacific NED officers located PRIETO's residence and surveilled him.  During the surveillance operation, officers observed PRIETO engage in suspected drug trafficking activity by entering a Lexus parked outside his apartment, handing the driver an unknown object, and exiting the vehicle shortly after.

6.    The following day, on November 21, 2024, officers surveilled PRIETO again and saw him place a backpack on the front passenger seat of a Honda Civic registered to his girlfriend.  Officers stopped PRIETO when it appeared he was attempting to drive the car away, and found a knife and methamphetamine on his person.  In PRIETO's backpack, officers recovered over an ounce of suspected methamphetamine, suspected fentanyl, several Ziploc baggies, and a digital scale.  During subsequent searches pursuant to a warrant of the Honda Civic, PRIETO's apartment, and PRIETO's vehicle, officers recovered (among other things) (1) additional narcotics suspected of being cocaine, methamphetamine, and fentanyl, (2) multiple firearms, and (3) approximately 18 pounds of ammunition.

### IV. <u>STATEMENT OF PROBABLE CAUSE</u>

7.    Based on my review of police reports, police body-worn video ("BWV"), conversations with other law enforcement officers, and my own knowledge of the investigation, I am aware of the following:

**A.    PRIETO Is Arrested in July 2024 with Substantial Amounts of Suspected Controlled Substances**

8.    On July 19, 2024, LAPD West Los Angeles Patrol officers arrested Jesse Rolando PRIETO for a violation of California Health and Safety Code Section 11370.1(a): Possession of a Controlled Substance While Armed.  From my review of reports, I know that, on that date, LAPD West LA Patrol officers conducted a traffic stop on a vehicle PRIETO was driving for

violation of California Vehicle Code Section 24951(b): turning without signaling.

9.    During the stop, PRIETO told the officers that he was not in possession of his driver's license.  Officers asked PRIETO to step out of the vehicle, and PRIETO complied.  PRIETO said he had a knife in his waistband, and officers subsequently removed the knife from him.  Officers further observed a black unzipped backpack on the front passenger seat of the vehicle and saw that it contained a substance consistent with the appearance of crystal methamphetamine in a clear Ziploc bag.  A further search of the vehicle incident to arrest yielded the following additional items: (1) approximately one ounce of suspected cocaine; (2) smaller amounts of suspected ecstasy; (3) suspected phencyclidine (PCP); (4) suspected cannabis; (5) $621 in U.S. Currency; and (6) a loaded firearm, namely, a Rossi 38 Special revolver.

**B.    Multiple Surveillance Operations in November 2024 Reveal PRIETO's Suspected Drug Trafficking**

10.    During November 2024, LAPD Pacific Division NED officers, having been familiarized with the aforementioned incident, initiated an investigation into PRIETO.  On November 20, 2024, LAPD Pacific NED officers set up surveillance on PRIETO's residence located at 3510 Clarington Avenue in Los Angeles, which is an apartment complex.  During the surveillance operation, officers observed PRIETO leave the apartment complex

and walk to a grey 2016 Lexus[1] parked outside, open the door of car on the passenger's side, and engage in conversation with the driver.  During the conversation, officers observed PRIETO hand the driver an unknown object, close the door, and walk back to the apartment complex.  The vehicle sped off northbound. Officers attempted to follow the vehicle to continue the investigation but lost it in traffic.  Due to PRIETO's actions and the actions of the driver, officers formed the opinion that PRIETO had sold drugs to the driver of the vehicle.

11.  On November 21, 2024, the following day, LAPD Pacific NED once again set up surveillance on PRIETO's apartment building on Clarington Avenue in Los Angeles.  During the operation, officers observed PRIETO exit the building with a black backpack.  PRIETO walked to an unoccupied tan 2007 Honda Civic[2] that was parked in front, opened the front passenger side door, and placed the backpack on the front passenger seat. PRIETO closed the door and returned to the apartment building. A few minutes later, PRIETO left the apartment building and walked to the driver's side of the vehicle.  Believing PRIETO was about to drive away, LAPD Pacific NED officers approached PRIETO and detained him.  Upon PRIETO's detention, PRIETO told officers that he had a knife in his right front pants pocket.

---

[1] The car had California license plate number 7SMS242 and was registered to Kimberly Essling of 23801 Oxnard Street, Woodland Hills, California.

[2] The car had California license plate number 9BMV497 and was registered to Holly Vezina of 5000 W. 138th Street, Hawthorne, California.  As described below, Vezina is PRIETO's girlfriend.

Officers recovered the knife and began to pat down PRIETO in search of additional weapons for officer safety.

12. During the search, Officer Jean Baptiste felt a small, hard substance in PRIETO's left pants pocket. Believing that the substance was most likely narcotics, Officer Baptiste removed the item and immediately recognized it as suspected crystal methamphetamine (which, as discussed below, was later confirmed by testing). PRIETO was subsequently arrested for a violation of California Health and Safety Code Section 11377: Possession of a Controlled Substance.

13. During a search of PRIETO's person incident to his arrest, officers also recovered $1,423 in U.S. currency and a cellphone. Officers searched the black backpack that PRIETO had placed in the vehicle, and recovered over an ounce of suspected methamphetamine, suspected fentanyl, several Ziploc baggies, a digital scale, a laser pointer, and PRIETO's State of California Identification Card. Because of the large amount of drugs and U.S. currency, and the indicia of drug sales, namely, the digital scale and the Ziploc baggies, officers formed the opinion that PRIETO possessed the drugs for the purpose of selling them. PRIETO was thus arrested for violation of California Health and Safety Code Section 11378: Possession of Methamphetamine for Sale.

14. Officers later spoke to PRIETO near the propped open door to his apartment complex. PRIETO yelled into the apartment complex: "Babe, the police are coming!" Believing that additional evidence could be destroyed by possible occupants in

the apartment, officers entered the complex, proceeded to unit 16, and entered the unlocked unit after announcing their presence.[3]  Officers cleared the apartment of additional occupants, which included two people: (1) a male located in the living room identified as Roland PRIETO who is Jesse PRIETO's father; and (2) a female located in the bathroom identified as Holly VEZINA, who is Jesse PRIETO's girlfriend.  Based on their training and experience, officers believed it was possible VEZINA flushed narcotics evidence down the toilet to prevent its seizure.

15.  Both PRIETO's father and VEZINA remained in the apartment while officers transported Jesse PRIETO to LAPD Pacific Station.  Pacific NED officers also remained in the apartment and kept watch as a search warrant written by NED Officer Lara was reviewed by Los Angeles County Superior Court Judge Shannon Knight.  While awaiting Judge Knight's approval, Roman PRIETO advised officers at the location that Jesse PRIETO had been living in the apartment for approximately three years and directed officers to Jesse PRIETO's bedroom.

C.   **A Search Reveals Suspected Controlled Substances, Firearms, and Ammunition under PRIETO's Control**

16.  Upon receiving Judge Knight's approval to search the premises and any enclosures/vehicles associated to PRIETO, Pacific NED searched PRIETO's apartment, Vezina's aforementioned Honda Civic, as well as another vehicle, namely, a black 2008 Ford Escape, California license number 9MGF360, that was parked

---

[3] Officers knew PRIETO's apartment number was 16 based on departmental resources.

outside and returned registered to Jesse PRIETO.  The following items were recovered from PRIETO's vehicle:

    a.   Over two ounces of suspected crystal methamphetamine;

    b.   2.6 gross grams of suspected cocaine;

    c.   3.07 gross grams of suspected fentanyl;

    d.   $20 in U.S. Currency; and

    e.   Multiple Ziploc baggies.

17.  The following items were recovered from PRIETO's apartment unit #16, in Jesse PRIETO's room:

    a.   A total of 1.5 pounds of suspected fentanyl;

    b.   Over half a pound of suspected crystal methamphetamine;

    c.   A "pay/owe" notepad;

    d.   U.S. Mail addressed to Jesse PRIETO;

    e.   Approximately 18 pounds of various calibers of ammunition; and

    f.   One rifle magazine for 5.56 caliber ammunition.

18.  The following items were recovered from the hallway closet:

    a.   One Mauser rifle, blue steel with a wooden stock; and

    b.   One Beretta "sawed-off" shotgun, plastic stock, with a 15" barrel.

19.  The following items were recovered from inside a safe that was found in Jesse PRIETO's room, which was transported to and opened at LAPD Pacific Station:

      a.    One loaded Taurus 9mm semi-auto handgun;

      b.    One American Tactical .45 caliber semi-auto handgun;

      c.    Additional baggies;

      d.    One high-capacity magazine for a .45 caliber handgun; and

      e.    One Smith and Wesson pellet gun.

20. At LAPD Pacific Station, Jesse PRIETO was read his *Miranda* rights by Pacific NED Officer Baptiste. PRIETO refused to give a written or verbal statement. PRIETO was subsequently booked for violation of California Health and Safety Code Section 11378: Possession of Crystal Methamphetamine for Sale.

**D. Drug Testing Results Confirm the Presence of Controlled Substances**

21. LAPD's Forensic Sciences Division ("FSD") tested (1) the original suspected methamphetamine recovered from PRIETO's pants pocket, and (2) the approximately 1.5 pounds of suspected fentanyl recovered from PRIETO's room. On December 6, 2024, FSD provided a finalized laboratory report detailing its findings: the first item had a net weight of 14.41 grams and was found to contain methamphetamine, while the second item had a net weight of 632.14 grams and contained heroin.

22. On March 6, 2026, I, along with DEA SA Byll Gentil, recovered the tested crystal methamphetamine from EPMD via an evidence transfer request and authorization for its purity to be tested by scientists at DEA's Southwest Regional Laboratory ("SWRL") in Vista, California. I sealed the item in a Self-

Sealing Evidence Envelope bearing number M000662237 and mailed to DEA SWRL and listed the item as Exhibit 1 on DEA Case LH-26-0029.

23. On March 13, 2026, I received the Final Report from SWRL regarding the testing results of Exhibit 1. The report found the net weight of the methamphetamine was 14.33 grams and was 100% pure methamphetamine, with a 95% level of confidence for the purity count.

24. On March 18, 2026, TFO Carlos Bedolla responded to EPMD and, via a transfer request, recovered the rest of the suspected narcotics seized by LAPD on November 21, 2024. TFO Bedolla transported the items to HIDTA offices where I photographed, weighed, and packaged each item (Exhibits 2 through 16) and shipped them to SWRL in Vista, CA for analysis. I am currently awaiting the test results.

**E.   Jesse PRIETO Is a Convicted Felon and Cannot Lawfully Possess a Firearm or Ammunition**

25. I have reviewed PRIETO's criminal history and learned that he has been convicted of the following felony:

a. On or about January 30, 2020, a violation of California Health and Safety Code Section 11378: Possession of Controlled Substance for Sale.

26. PRIETO also has the following arrests in his criminal history:

a. On or about March 12, 2019, a violation of California Health and Safety Code Section 11350(a): Possession of a Controlled Substance.

b.    On or about May 8, 2019, a violation of California Health and Safety Code Section 11379(a): Transportation of a Controlled Substance.

c.    On or about August 2, 2019, a violation of California Health and Safety Code Section 11352(a): Sales of a Controlled Substance.

d.    On or about July 19, 2024, a violation of California Health and Safety Code Section 11370.1(a): Possession of a Controlled Substance While Armed.

/ /

/ /

/ /

## V.  CONCLUSION

27.  For all of the reasons described above, there is probable cause to believe that PRIETO has committed a violation of 21 U.S.C. § 841(a)(1): possession with intent to distribute controlled substances.

/s/
_____
Pedro S. Rodriguez
TFO, Drug Enforcement
Administration

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 23rd day of
March 2026.

_____
HONORABLE BRIANNA F. MIRCHEFF
UNITED STATES MAGISTRATE JUDGE